# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:13-cr-00659 All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Watson | Date Filed: 08/15/2013 |
| Other court case number: 3:13-cr-295-K(22) Northern District of Texas | Date Terminated: 08/19/2013 |

Assigned to: Honorable Geraldine Soat Brown

**Defendant (1)**

| | | |
|---|---|---|
| **Tyron Watson**<br>*TERMINATED: 08/19/2013*<br>*also known as*<br>Ty<br>*TERMINATED: 08/19/2013* | represented by | **Steven Shobat**<br>Steven Shobat<br>Attorney at Law<br>53 West Jackson Boulevard<br>1603<br>Chicago, IL 60604<br>(312)353-2118<br>Email: steven.shobat@sbcglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F Conspiracy to Distribute Controlled Substance, 841,(a)(1),(b)(a)(A); 21:853(a); 18:982(a)(1) | |

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ NICK FANELLE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
August 20, 2013

**Plaintiff**

**USA** represented by **Christopher Thomas Grohman**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: christopher.grohman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/20/2013 | 8 | CERTIFIED and Transmitted to Northern District of Texas the record consisting of Transmital Letter, Certified copy of Removal Order and Docket Sheet as to Tyron Watson. (nf, ) (Entered: 08/20/2013) |
| 08/19/2013 | 7 | FINANCIAL Affidavit filed by Tyron Watson (SEALED) (nf, ) (Entered: 08/20/2013) |
| 08/19/2013 | 6 | APPEARANCE Bond as to Tyron Watson in the amount of $ 25,000.00, Own Recognizance. (nf, ) (Entered: 08/20/2013) |
| 08/19/2013 | 5 | ORDER Setting Conditions of Release as to Tyron Watson in amount of $ 25,000.00, Own Recognizance. Signed by the Honorable Geraldine Soat Brown on 8/19/2013. (nf, ) (Entered: 08/20/2013) |
| 08/19/2013 | 4 | ORDER as to Tyron Watson: Detention hearing held. The Court finds the Defendant unable to afford counsel. Enter order appointing Steven Shobbat from the Federal Defender Panel as counsel for defendant for removal proceedings nunc pro tunc to 8/15/13. Government and defendant agree on certain conditions of release. Government's oral motion for removal in custody is moot. Enter Order Setting Conditions of Release. Defendant shall be released after processing to return to the Northern District of Texas- Dallas Division to appear in the U.S. Courthouse in Dallas, Texas on 8/29/13 at 10:00 a.m. Signed by the Honorable Geraldine Soat Brown on 8/19/2013. (nf, ) (Entered: 08/20/2013) |

| 08/15/2013 | 3 | ATTORNEY Appearance for defendant Tyron Watson by Steven Shobat. (nf, ) (Entered: 08/20/2013) |
|---|---|---|
| 08/15/2013 | 2 | ORDER as to Tyron Watson: Initial appearance proceedings held. Removal proceedings held. Defendant Tyrone Watson appears in response to arrest on 8/15/13. Defendant informed of his rights and the charges against him. Enter order appointing Steven Shobbat from the Federal Defender Panel as counsel for defendant for initial appearance and removal proceedings only. Defendant waives identity hearing. Order defendant removed to the Northern District of Texas-Dallas Division. Government moves for removal in custody. Government's oral motion for removal in custody is entered and continued. Detention hearing set for 8/19/13 at 10:45 a.m. Defendant shall remain in custody pending further order of the Court. Signed by the Honorable Geraldine Soat Brown on 8/15/2013. (nf, ) (Entered: 08/20/2013) |
| 08/15/2013 | | ORAL MOTION by USA for removal in custody as to Tyron Watson. (nf, ) (Entered: 08/20/2013) |
| 08/15/2013 | | ARREST of defendant Tyron Watson. (nf, ) (Entered: 08/20/2013) |
| 08/15/2013 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Geraldine Soat Brown as to Tyron Watson (1). (nf, ) (Entered: 08/20/2013) |



# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiffs | ) | Case No: 13 CR 659 |
| | ) | |
| v. | ) | |
| | ) | Judge: Geraldine Soat Brown |
| TYRONE WATSON | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

(T:)   00:15

Detention hearing held. The Court finds the Defendant unable to afford counsel. Enter order appointing Steven Shobbat from the Federal Defender Panel as counsel for defendant for removal proceedings nunc pro tunc to 8/15/13. Government and defendant agree on certain conditions of release. Government's oral motion for removal in custody is moot. Enter Order Setting Conditions of Release. Defendant shall be released after processing to return to the Northern District of Texas - Dallas Division to appear in the U.S. Courthouse in Dallas, Texas on 8/29/13 at 10:00 a.m.


Date:  8/19/13                                    /s/ GERALDINE SOAT BROWN
                                                  UNITED STATES MAGISTRATE JUDGE


A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ NICK FANELLE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

August 20, 2013